United States District Court
Southern District of Texas
**ENTERED**
September 22, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| POINTEAST PHARMA CONSULTING, INC. | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 21-3654 |
| | § | |
| LINZING AKTIENGESELLSCHAFT, *et al* | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant's Motion for to Dismiss (Doc. No. 2); Defendant's Motion to Strike Plaintiff's Exhibits (Doc. No. 12); Judge Sheldon's Memorandum and Recommendation (Doc. No. 37) that the Court deny both of Defendant's motions; Defendant's Objections (Doc. No. 38); and Plaintiff's Responses to Defendant's Objections (Doc. No. 41) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusion that the Motion to Dismiss and Motion to Strike be denied. Accordingly, it is hereby

**ORDERED** that Defendant's Objections (Doc. No. 38) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 37) is **ADOPTED**; and Defendant's Motion to Dismiss (Doc. No. 2) and Defendant's Motion to Strike Plaintiff's Exhibits (Doc. No. 12) are both **DENIED**.

SIGNED at Houston, Texas, this 21st day of September 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE